# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                  CASE NO.  3:08CR56/RV

KENNETH W. FORCE

**REFERRAL AND ORDER**

Referred to Judge Vinson on  12/04/2008
Type of Motion/Pleading  MOTION FOR EXTENSION OF TIME TO REPORT FOR INCARCERATION
Filed by: DEFENDANT   on 12/4/08    Doc. No. 30
(  )  Stipulated/Consented/Joint Pleading
RESPONSES:
                                                  on _____ Doc. No. _____
                                                  on _____ Doc. No. _____
                                                  WILLIAM M. McCOOL, CLERK OF COURT

                                                  */s/ J. Marbut*
                                                  Deputy Clerk

**AMENDED ORDER**

Upon consideration of the foregoing, it is ORDERED this   5th   day of   December   , 2008, that:

(a)    The requested relief is GRANTED to **December 15, 2008, at 12:00 Noon.**

(b)    _____

                                                      /s/ *Roger Vinson*
                                                    ROGER VINSON
                                                    SENIOR UNITED STATES DISTRICT JUDGE

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

                                                     Document No.